FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA

2015 JAN 21 PM 1:23

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| TROY BLANCHARD | ( | |
|    Plaintiff | ( | Case No._____ |
| -v- | ( | 6:15-cv-82-Orl-18DAB |
| ALLIED INTERSTATE, LLC | ( | |
| Defendants | ( | **JURY TRAIL DEMANDED** |

## COMPLAINT

1. This is an action for damages brought by plaintiff's for the Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff seeks to recover monetary damages for Defendant's violation of the FDCPA, and to have an Order or injunction issued by this Court preventing Defendants from continuing its violative behaviors.

3. Service may be made upon Defendants in any other district in which it may be found pursuant to 29 U.S.C. §1132(e)(2).

3. Upon belief and information, Plaintiff contends that many of these practices are consistence with the way the defendant conducts business within their daily business practices.

1

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1692 (FDCPA) 28 U. S. C § 1331,

5. Venue is proper pursuant to 15 U.S.C. §1692, and 28 U. S. C § 1331

6. Venue in this District is proper in that the Plaintiff resides here, and the Defendants transact business here, and the conduct complained of occurred here.

7. This is an action for damages which exceed $15,000.00 Dollars.

## PARTIES

8. Plaintiff Troy Blanchard, is a natural persons and is a resident of the State of Florida. Plaintiff address is 299 Torpoint Gate Rd, Longwood Florida 32779.

9. Defendants, Allied Interstate, LLC can be served at C T CORPORATION SYSTEM is located at 1200 South Pine Island Rd, Plantation, FL 33324 with their registered agent.

## FACTUAL ALLEGATIONS

10. Plaintiff is a natural persons obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendants.

11. Defendants uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due,

or asserted to be owed or due another.

12. On or about June 22, 2014 the Plaintiff received a letter sent by Allied Intestate, LLC. by US Mail. REFRENCE NUMBER# 551083731365

13. In the Letter dated June 22, 2014, Allied Interstate, LLC claims to represent T-MOBILE, INC and that Allied Interstate, LLC has been retained by T- MOBLIE, inc to collect a debt.

14. Defendants Allied Interstate , LLC is in violation of U.S.C 15§1692e for misleading and representing of whom they are and what their purpose is in connection with collecting on this alleged debt.

15. Plaintiff has contacted T- Mobile and T-Mobile has confirmed the alleged debt has been sold off.

16. Defendant Allied Interstate, LLC failed to send the plaintiff the consumer a 30 – day validation notice within five days of the notice to vacate which was the initial notice. Which are violations of (FDCPA) 15 U.S.C. § 1692 g. (FDCPA) 15 U.S.C. § 1692 g. (a) (1), (FDCPA) 15 U.S.C. § 1692 g. (a) (2)(FDCPA) 15 U.S.C. § 1692 g. (a) (3) , (FDCPA) 15 U.S.C. § 1692 g. (a) (4) , (FDCPA) 15 U.S.C. § 1692 g.(a) (5) ,

17. On our around 7/24/14 plaintiffs gave notice of dispute of debt to the defendants Allied Interstate, LLC CERTIFIED MAIL# 7013 3020 000 1033 1130.

18. Defendants Allied Interstate, LLC has never responded to the dispute of debt as of 11/18/2014.

## COUNT I

## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT ALLIED INTERSTATE, LLC

19. Plaintiffs repeats and re-alleges each and every allegation contained above.

20. Defendant's Allied Interstate, LLC aforementioned conduct violated the FDCPA.

21. WHEREFORE, Plaintiffs prays for relief and judgment, as follows:

   a) Adjudging that Defendant violated the FDCPA;

   b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 g. in the amount of $1,000.00;

   c) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 g (a) (1) in the amount of $1,000.00;

   d) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 g (a) (2) in the amount of $1,000.00;

   e) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 g (a) (3) in the amount of $1,000.00;

   f) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 g (a) (4) in the amount of $1,000.00;

   g) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 g (a) (5) in the amount of $1,000.00;

   h) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692 e. in the amount of $1,000.00;

h) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692 e (2,), 15 U.S.C. §1692 g, 15 U.S.C. §1692 g (a) (1), 15 U.S.C. § 1692g (a)(1), 15U.S.C. § 1692 g (a) (2), 15 U.S.C. §1692 g (a) (3), 15 U.S.C. §1692 g (a) (4), 15 U.S.C. §1692 g (a)(5), 15 U.S.C. §   1692 b (2), (5),

22.  **WHEREFORE,** Plaintiffs prays for judgment for damages against defendants Allied Interstate, LLC for actual or statutory damages, and punitive damages, attorney's fees and costs, Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law; Awarding such other and further relief as the Court may deem just and Proper against each defendant pursuant to Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692

**DEMAND FOR JURY TRIAL**
Plaintiff hereby demands a trial by jury of all issues as tribal as a matter of law.

Respectfully submitted this 8th of December, 2014

**CERTIFICATE OF SERVICE**

I certify that on ~~November~~ JAN 16, ~~2014~~ 2015, I filed the foregoing document with the clerk of the U.S. District Court, Middle District of Florida, by personally filing with the court.

*[signature]*

TROY BLANCHARD

~~299 Torpoint Gate Rd~~

~~Longwood Florida 32779~~

~~deinfo@startmail.com~~


ALLIED INTERSTATE, LLC
Registered Agent

C T CORPORATION SYSTEM

1200 South Pine Island Rd

Plantation, FL 33324

6

_____
TROY BLANCHARD
P.O. BOX 536493
Orlando, Florida 32853
407-466-7335
Mymaui1@gmail.com


ALLIED INTERSTATE, LLC
Registered Agent
CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida  33324